# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Milwaukee Casualty Insurance Company and Center Mutual Insurance Company, | ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Duwayne Hand and Shelley Hand, individually and as trustees for the estate of Jordan Hand; Wayne Schuman and Elizabeth Schuman, individually and as trustees for the estate of Zachary Schuman, | ) ) ) ) ) ) | Case No. 1:07-cv-103 |
| Defendants. | ) | |

Before the court is Defendants Dwayne and Shelley Hands's motion for attorneys D. Sherwood McKinnis to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Mr. McKinnis has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also the required admission fee to the office of the clerk. Accordingly, Defendants Dwayne and Shelley Hands's motion (Docket No. 3) is **GRANTED**. Mr. McKinnis is admitted to practice before this court for the sole purpose of representing Defendants and Shelley Hand, individually and as trustees for the estate of Jordan Hand, in the above entitled action.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge